SMART SET GLOVE CO., INC. *v.* UNITED STATES

**No. 7059.**—Invoices dated Witham, England, July 26, 1946, etc.
Certified July 30, 1946, etc.
Entered at New York, N. Y., August 14, 1946, etc.
Entry Nos. 713319; 708934.

(Decided March 20, 1947)

*Brooks & Brooks* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KINCHELOE, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

HENRY A. WESS, INC. (LORING ANDREWS CO.), ET AL. *v.* UNITED STATES

**No. 7060.**—Invoices dated London, England, July 16, 1941, etc.
Entered at Cincinnati, Ohio, August 26, 1941, etc.
Entry No. 81, etc.

(Decided March 21, 1947)

*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.